**EXHIBIT A**

**Defendant:** American Freight, LLC
**Creditor ID:** AF302
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 41400 | $3,000.00 | 9/4/2024 | 56888 | 8/22/2024 | $3,000.00 |
| | 41400 | $3,000.00 | 9/10/2024 | 56896 | 8/26/2024 | $3,000.00 |
| | 41567 | $107,886.10 | 9/21/2024 | 55486 | 9/5/2024 | $107,886.10 |
| **Total Transfers** | **3** | **$113,886.10** | | | | **$113,886.10** |